# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 40285**

————————————

**UNITED STATES**
*Appellee*

v.

**Anthony S. ARBO**
Staff Sergeant (E-5), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 3 May 2023

————————————

*Military Judge*: Brian C. Mason.

*Sentence*: Sentence adjudged 8 March 2022 by GCM convened at Joint Base Andrews-Naval Air Facility Washington, Maryland. Sentence entered by military judge on 18 April 2022: Bad-conduct discharge, confinement for 18 months, forfeiture of all pay and allowances, reduction to E-1, and a reprimand.

*For Appellant*: Major Jenna M. Arroyo, USAF.

*For Appellee*: Lieutenant Colonel Thomas J. Alford, USAF; Major John P. Patera, USAF; Captain Olivia B. Hoff, USAF; Mary Ellen Payne, Esquire.

Before JOHNSON, ANNEXSTAD, and GRUEN, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d). *Manual for Courts-*

*Martial, United States* (2019 ed.). Accordingly, the findings and sentence are **AFFIRMED**.



FOR THE COURT

CAROL K. JOYCE
Clerk of the Court